IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

DERRICK ALLEN,                )
                              )
          Plaintiff,          )
                              )
     v.                       )     1:19CV793
                              )
SARA GLINES, et al.,          )
                              )
          Defendants.         )

**ORDER**

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on December 2, 2019, was served on the parties in this action. (Docs. 4, 5.) Plaintiff objected to the Recommendation. (Doc. 6.)

The court has appropriately reviewed the portions of the Magistrate Judge's report to which objections were made and has made a de novo determination in accord with the Magistrate Judge's report. The court therefore adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that Plaintiff's federal claims be dismissed for failure to state a claim under 28 U.S.C. § 1915(e)(2)(B)(ii), and his state claims be dismissed without prejudice under 28 U.S.C. § 1367(c)(3).

                              /s/   Thomas D. Schroeder
                              United States District Judge

January 21, 2020